UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION


FILED
MAY 20 2009
CLERK

******************************************************

| | | |
|---|---|---|
| RUSTIN L. PROVANCE, | * | CIV. 09-4003 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT |
| BOB DOOLEY, Warden, Mike Durfee State Prison; HARLAN TJEERDSMA; BRIAN FOLEY; BRANDY CROSLEY, | * | |
| Defendants. | * | |

******************************************************

The Court having entered its Order dismissing Plaintiff's Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Complaint is dismissed, without prejudice, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A(b)(1).

Dated this 20th day of May, 2009.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: Summa Wahy____, Deputy

(SEAL)